UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| RONALD L. DOOMS, and BRENDA C. DOOMS,<br><br>Plaintiffs,<br><br>v.<br><br>CAL-WESTERN RECONVEYANCE CORPORATION OF WASHINGTON, MORTGAGE ELECTRONIC REGISTRATION SYSTEM, INC., and AURORA LOAN SERVICES, LLC,<br><br>Defendants. | CASE NO. C11-5419RJB<br><br>ORDER ON DEFENDANTS' MOTION TO CANCEL LIS PENDENS |

This matter comes before the Court on Defendants' Motion to Cancel the Lis Pendens. Dkt. 41. The Court has considered the relevant documents and the remainder of the file herein.

Plaintiffs, acting *pro se*, filed this action, seeking to stop foreclosure on their home, asserting that Defendants violated various federal and state statutes. Dkt. 32. On July 21, 2011, Plaintiffs filed a copy of a *Notice of Lis Pendens*, which, according to Plaintiffs, was also filed with the Pierce County, Washington Auditor. Dkt. 27. That pleading identifies the subject

ORDER ON DEFENDANTS' MOTION TO
CANCEL LIS PENDENS- 1

property as follows: "the subject property has an APN: 6885000040; and is also commonly known as: 14811 16th Avenue Ct. S. Spanaway, WA 98387-8826." *Id.*, at 1. Plaintiffs also provide a legal description on the notice, which reads: "Section 20 Township 19 Range 03 Quarter 24 PINEWOOD GLEN: PINEWOOD GLEN L4 B1 SUBJ TO UTILITY EASE." *Id.*, at 2.

On November 16, 2011, Defendants' Motion to Dismiss (Dkt. 38) was granted and Plaintiffs' case was dismissed with prejudice. Dkt. 42. In their Reply, Defendants moved the Court for an order canceling the lis pendens that Plaintiffs filed with the Peirce County Auditor. Dkt. 41. In an effort to give Plaintiffs an opportunity to respond, the motion to cancel the lis pendens was renoted to December 2, 2011. Dkt. 42. Plaintiffs were sent a copy of the Order by U.S. mail to the address Plaintiffs provided, but it was returned by the post office as undeliverable. Dkts. 43-44.

For the reasons set forth below, Defendants' Motion to Cancel the Lis Pendens (Dkt. 41) should be granted.

**MOTION TO CANCEL THE LIS PENDENS**

Under RCW 4.28.325, "Lis Pendens in Actions in United States District Courts Affecting Title to Real Estate," "[i]n an action in a United States district court . . . affecting the title to real property in the state of Washington after an action affecting title to real property has been commenced . . . the plaintiff . . . [or] a defendant . . . may file with the auditor of each county in which the property is situated a notice of the pendency of the action." Further, RCW 4.28.325 provides that,

> [T]he court in which the said action was commenced may, at its discretion, at any time after the action shall be settled, discontinued or abated, on application of any person aggrieved and on good cause shown and on such notice as shall be directed or approved by the court, order the notice authorized in this section to be canceled of record, in whole or in part, by the county auditor of any county in whose office

the same may have been filed or recorded, and such cancellation shall be evidenced by the recording of the court order.

Defendants' motion for an order to the county auditor to cancel the lis pendens (Dkt. 41) should be granted. This case has been dismissed with prejudice. Dkt. 42. Plaintiffs were given notice the Court was considering this action in the Order Granting the Motion to Dismiss (Dkt. 42), which was sent to their last known address. Fed. R. Civ. P. 5(b)(2)(C). Plaintiffs had an opportunity to be heard and did not file any response. There is good cause to cancel the notice of lis pendens. Accordingly, the Pierce County Auditor should be directed to cancel the lis pendens.

## **ORDER**

Accordingly, it is hereby **ORDERED** that:

- Defendants' Motion to Cancel the Lis Pendens (Dkt. 41) **IS GRANTED;** and
- Pursuant to RCW 4.28.325, the Pierce County, Washington Auditor is directed to cancel the lis pendens filed regarding this lawsuit on the property commonly known as 14811 16th Avenue Ct. South Spanaway, Washington; Auditor's Parcel Number 688500-0040.

The Clerk is directed to send uncertified copies of this Order to all counsel of record, the Pierce County, Washington Auditor, and to any party appearing *pro se* at said party's last known address.

Dated this 6th day of December, 2011.

ROBERT J. BRYAN
United States District Judge